JUDGE MARRERO

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

E. GLUCK CORPORATION,

          *Plaintiff,*                  Civil Action No.

   v.

ADAM ROTHENHAUS,                **08 CV 3466**

         *Defendant.*

-----------------------------------------------------------X

[APR 09 2008 — U.S.D.C. S.D.N.Y. CASHIERS]

### PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

    Pursuant to Federal Rule of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate disqualification or recussal, the undersigned attorney of record for Plaintiff **E. GLUCK CORPORATION** (a non-governmental entity) certifies that the following are the corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

                                   GOTTLIEB, RACKMAN, REISMAN, P.C.
                                   Attorneys for Plaintiff
                                   270 Madison Avenue, 8th Floor
                                   New York, NY 10016
                                   (212) 684-3900

                                   _____
                                   Richard S. Schurin (RS0199)