AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

E. GLUCK CORPORATION,
        Plaintiff,

V.

ADAM ROTHENHAUS
        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3466**

**JUDGE MARRERO**

TO: (Name and address of Defendant)

ADAM ROTHENHAUS
20 E. 9th Street Apt. 6W
New York, NY 10003-5944

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard S. Schurin, Esq.
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue 8th Floor
New York, NY 10016
(212) 684-3900
rschurin@grr.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

APR 0 9 2008

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GOTTLIEB, RACKMAN & REISMAN, P.C.
ATTN: GERI SMITH

E. GLUCK CORPORATION

Plaintiff(s)

Index # 08 CV 3466 (MARRERO)

- against -

ADAM ROTHENHAUS

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 21, 2008 at 03:35 PM at

20 E. 9TH ST, APT. 6W
NEW YORK, NY 10003-5944

deponent served the within SUMMONS AND COMPLAINT, THE INDIVIDUAL PRACTICES OF THE HON. VICTOR A. MARRERO, THE INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE * on ADAM ROTHENHAUS therein named,

**SUITABLE AGE** — by delivering thereat a true copy of each to KEVIN SMITH a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CONCIERGE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 35 | 5'9 | 180 |

MUSTACHE/BEARD

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

PERSON REFUSED TO ALLOW YOUR DEPONENT ACCESS INTO SAID BUILDING.

**MILITARY SERVICE** — Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* RONALD I. ELLIS, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 22, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 461155

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------------------x
E. GLUCK CORPORATION,

          Plaintiff,

v.

ADAM ROTHENHAUS,

          Defendant.
------------------------------------------------------------------------x

Civil Action No.
**08 CIV 3466**

**AFFIRMATION OF SERVICE**

    I, Koenig Pierre, declare under penalty of perjury that I have served a copy of the Summons, Complaint, the Individual Practices of Judge Victor Marrero and Magistrate Judge Ronald L. Ellis and the 3rd Amended Instructions for Filing an Electronic Case or Appeal upon Adam Rothenhaus (in connection with the above referenced matter) whose address is 20 E. 9th St. Apt. 6W, New York, NY 10003-5944 by First Class Mail.

**DATED:** New York, NY
           April 23, 2008

_____
Koenig Pierre

Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016
(Phone) 212-684-3900
(Fax) 212-684-3999

Sworn to me before this ___23rd___
day of ___April 2008___.

_____
Notary Public

JUAN M. COLON
Notary Public, State of New York
No. 01CO6170609
Qualified in New York County
Commission Expires July 16, 2011

