IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| E. GLUCK CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>ADAM ROTHENHAUS,<br><br>                Defendant. | Civil Action No.:<br>08 Civ. 3466 (VM) |

## DECLARATION OF KEVIN VELEZ

I, Kevin Velez, state as follows:

1. I work at the front desk of 20 East 9th Street. Adam Rothenhaus lives in apartment 6W of the building.

2. At approximately 3:30pm on April 21, 2008, a man I did not know arrived with an envelope, saying he had "important papers" for Mr. Rothenhaus.

3. Mr. Rothenhaus was not home at the time. The man said he could not leave the envelope with me at the front desk as would be normal protocol at the building. The man did not tell me what the papers were, only that they were "important."

4. The man did not ask me to accept any anything on behalf of Mr. Rothenhaus. I gave the man access to the building. I escorted him to the 6th

floor, to Mr. Rothenhaus's door, where he left the envelope wedged between the doorknob and the door frame. The man did not ask me to tell Mr. Rothenhaus about the envelope. I then escorted the man out of the building.

5. The man did not ask me my last name. He did not ask me any questions about Mr. Rothenhaus's military service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: April 28, 2008

_____
Kevin Velez