## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I served Defendant's Motion For Sanctions Pursuant To Rule 11, Fed. R. Civ. P., the Declaration of Elizabeth Shieldkret in Support of Defendant's Motion for Sanctions Pursuant to Rule 11, Fed. R. Civ. P. and the Declaration of Kevin Velez on Plaintiff, E. Gluck Corporation, by delivering a true and correct copy of each to the 8th floor reception desk of Defendant's counsel of record addressed as follows:

>Richard S. Schurin, Esq.
>Gottlieb Rackman &
>    Reisman, P.C.
>270 Madison Avenue
>New York, NY 10016-0601

*Elizabeth Shieldkret*
Elizabeth Shieldkret (ES 0625)