UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

E. GLUCK CORPORATION,

                Plaintiff,

                                      08  CIVIL 3466   (VM  )

    -against-

ADAM ROTHENHAUS,

                Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Elizabeth Shieldkret**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       ES0625

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*    85-86 67th Avenue, Rego Park NY 11374

☒ *Telephone Number*    718-997-0290

☒ *Fax Number:*    718-997-0291

☐ *E-Mail Address:* _____

Dated: June 4, 2008          *Elizabeth Shieldkret*