UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X      Civil Action No. 08 CV 3466 (VM)
E. GLUCK CORPORATION,

                 **Plaintiff,**
v.      ECF

ADAM ROTHENHAUS,

                 **Defendant.**
------------------------------------------------------X

## NOTICE OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that upon the Plaintiff's Memorandum in Support of Motion and the Affidavits of Bernard Fernandez and of Richard S. Schurin, and the exhibits annexed thereto, all of which are attached hereto and submitted herewith and the First Amended Complaint, Plaintiff will move this Court in the Courtroom of **Hon. Victor Marrero** at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007 in Courtroom 20B on a date to be established or as soon as this motion can be heard, pursuant to Fed. R. Civ. Proc. 65, for a Preliminary Injunction to prevent defendant Adam Rothenhaus from continuing to use the NOW and THE NOW WATCH marks in connection with the promotion, advertisement, distribution, marketing and sale of watches and from continuing to maintain and operate a website under the domain name "www.thenowwatch.com."

                                              Respectfully submitted,
                                              **GOTTLIEB RACKMAN & REISMAN**
                                              Attorneys for Plaintiff
                                              270 Madison Avenue, 8th Floor
                                              New York, N.Y. 10016
                                              (212) 684-3900

                                         By_____
                                              Richard S. Schurin (RS 0199)
                                              Yuval H. Marcus (YM 5348)

DATED:     New York, New York
                 June 6, 2008