UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X         Civil Action No. 08 CV 3466 (VM)
E. GLUCK CORPORATION,

                                    **Plaintiff,**

        v.

ADAM ROTHENHAUS,

                             **Defendant.**

--------------------------------------------------X

## AFFIDAVIT OF BERNARD FERNANDEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

BERNARD FERNANDEZ, being duly sworn, deposes and says:

1.      I am Executive Vice President of plaintiff E. Gluck Corporation ("Plaintiff") and as such am fully familiar with the facts and circumstances set forth herein. This Affidavit is respectfully submitted in support of Plaintiff's Motion for a Preliminary Injunction to prevent defendant Adam Rothenhaus ("Defendant") from continuing to use the NOW and THE NOW WATCH marks in connection with the promotion, advertisement, distribution, marketing and sale of watches and from continuing to maintain and operate a website under the domain name "www.thenowwatch.com."

**Plaintiff's Use And Rights In the NOW Mark**

2.      Plaintiff has been selling watches nationwide since 1956. At present, Plaintiff is one of the largest wholesale merchants of watches in the United States.

3.      Plaintiff sells watches under various brands, and for over twenty years, *i.e.*, since 1986, Plaintiff has continuously marketed and sold watches under its

NOW trademark.  Copies of a corporate profile and a brochure describing Plaintiff's

brands, including its NOW line of watches, are attached hereto as Exhibit A.

　　　　4.　　Plaintiff's NOW branded watches have been widely advertised over the

years.  Copies of a representative sample of advertisements in major magazines for

Plaintiff's NOW branded watches are annexed hereto as Exhibit B.   For example,

included in this exhibit are: a NOW watches advertisement that ran in the magazine

for the JA Show in New York in February 1990; advertisements for NOW watches

that appeared in December 1999 in Self, Bazaar, Elle, Redbook, Ladies' Home

Journal, and In Style; advertisements for NOW watches that appeared in May 2000

in Harper's Bazaar and Elle; and pages from the following magazines that describe

Plaintiff's NOW watches: Self in July 2003; Teen Vogue in May 2004; in Touch in

September 2004; Parenting in October 2004; and Lucky in November 2004.

　　　　5.　　Plaintiff's NOW branded watches have been, and continue to be, sold

nationwide to the public through the largest retailers in the United States, such as

Wal-Mart, Target, J.C. Penny, Kohl's, Sears, K-Mart and many others.  Copies of a

representative sample of brochures, advertisements, in store displays and catalogs,

all promoting Plaintiff's NOW branded watches are collectively annexed hereto as

Exhibit C.  These include selected pages from: Plaintiff's J.C. Penney catalog for Fall

1993; a J.C. Penney circular in November 1997; Plaintiff's J.C. Penney catalog for

Spring 1998; Plaintiff's J.C. Penney catalog for Fall 2003; and other brochures and

in-store displays for NOW watches that have been used to promote Plaintiff's NOW

watches in the last few years at large retailers, including Wal-Mart, K-Mart, Sears

and J.C. Penney, among others.

6.    Plaintiff's NOW watches are manufactured abroad and then shipped to the United States for distribution in the United States.  Since 1986, Plaintiff has manufactured (through various contract manufacturers) and shipped to the United States for sale in the United States, millions of watches bearing the NOW mark.  I have determined that in the last five years, Plaintiff has sold the following numbers of NOW watches, the vast majority of which were sold in the United States:

| Years | Numbers of Watches Sold |
|-------|-------------------------|
| 2003 | 608,850 |
| 2004 | 805,400 |
| 2005 | 990,000 |
| 2006 | 1,114,600 |
| 2007 | 1,060,000 |
| Total | 4,578,850 |

7.    The average retail sales price of NOW watches is between $30-$40. Therefore, in the last five years alone, Plaintiff's retailers have sold more than $135 million (at retail) of NOW watches in the United States.

8.    Throughout the past twenty two years, Plaintiff has continuously devoted a substantial amount of time, effort and resources into the promotion, advertising and marketing of watches bearing the NOW mark.   Estimated yearly costs of advertising and promotion of NOW watches, including co-op advertising, are $750,000 to $1,000,000.

9.    In accordance with the provisions of the Lanham Act, Plaintiff has also registered its NOW trademark in the United States Patent and Trademark Office ("USPTO") and is the owner of Trademark Registration No. 1,446,294 for watches in international class 14.  A copy of Plaintiff's Registration Certificate is attached hereto

3

as Exhibit D.   Plaintiff's United States Trademark Registration is now "incontestable" under Section 15 of the Lanham Act.

**Defendant's Infringing Activities**

10.    In March, 2008, plaintiff learned that without Plaintiff's knowledge, permission or consent, Defendant had manufactured, advertised, and began distributing in United States commerce, a watch that he identifies as "THE NOW WATCH."

11.    The trademark "NOW" appears on the face of the Defendant's watch, and the mark "THE NOW WATCH" on the box in which the watch is packaged.  A photograph of Defendant's watch and its packaging are attached hereto as Exhibit E.

12.    Defendant also uses THE NOW WATCH mark and the "tm" symbol throughout his website.  Defendant also indicates on a page on his website that he is seeking to market his watch to a "diverse range" of consumers through various channels of trade, including "mainstream shopping malls."   Copies of pages printed from Defendant's website are attached hereto as Exhibit F.

13.    On March 25, 2008, Plaintiff's attorney sent a letter to Defendant demanding that defendant cease using the name "The Now Watch", the domain name, thenowwatch.com, or any other confusingly similar term in connection with the sale of watches.  When Defendant refused to stop, on April 9, 2008, Plaintiff commenced the instant action.

**Relief Requested**

14.    Plaintiff has requested preliminary injunctive relief since the continued use of the NOW and THE NOW WATCH names by Defendant is causing irreparable harm to the conduct of Plaintiff's business.  In particular, because of the infringing use of the NOW and THE NOW WATCH names by Defendant, the exclusivity of the NOW mark is being undermined.  For example, my attorneys conducted a search on Google using the words "now" and "watch" and the first non-paid result is to Defendant's website, www.thenowwatch.com.  Just above this result is a link to Target's website where Plaintiff's NOW watches are available for purchase.  A copy of a page showing Google search results for a search using the words "now" and "watch" is attached hereto as Exhibit G.  Given the proximity of these search results, confusion in the marketplace is inevitable if Defendant is permitted to continue selling NOW watches.

15.    It has taken many years for Plaintiff to build up its reputation as a manufacturer of quality watches and as the exclusive source for NOW watches. Many of Plaintiff's customers purchase products from Plaintiff because Plaintiff is the only company that sells products of a certain quality and type and under this widely-recognized name.

16.    If Defendant is permitted to continue to sell NOW watches, Plaintiff may lose sales.  Since all of Plaintiff's customers are large retailers, the loss of a single customer would cause a significant loss of business.

17.    Further, since Defendant is an individual, he likely does not have the resources to compensate Plaintiff for such lost business.

18.     Accordingly, on behalf of Plaintiff, I respectfully request that Defendant be immediately precluded from selling, promoting and advertising watches to which the name or mark "THE NOW WATCH," or any confusingly similar name or mark, is applied.  Moreover, I further request, in order to prevent further harm and damage to my company's reputation and our proprietary interest in the NOW name, that Defendant be directed to stop using its website operated at the domain name, www.thenowwatch.com, and that he not be permitted to advertise the sale of watches at this website.

19.     This request for relief against Defendant has not been previously sought by Plaintiff in this or any other action.


BERNARD FERNANDEZ

Sworn to before me this
5th day of June, 2008.

Notary Public

DIANE T. WORLEY
Notary Public, State of New York
No. 01WO6114444
Qualified in New York County
Commission Expires August 16, 2008

6

# EXHIBIT A

# E.GLUCK CORPORATION

For 50 years, E. Gluck Corporation has been a major force in the worldwide watch industry and continues to dominate the marketplace with its innovative design and craftsmanship. It is a global watch network that provides retailers and consumers with products of the finest quality.

With worldwide headquarters based in New York City, the company's extensive collections of quality timepieces includes Anne Klein New York, AK Anne Klein, JLO by Jennifer Lopez and Armitron. Under its Armitron division, E. Gluck also is the premier watchmaker for top properties belonging to Warner Bros., Mattel, Dreamworks, Disney and Hanna-Barbera, among others. These brand names reflect not only the company's business acumen, but also is flexibility in creating watches for all distribution channels and retailers.

## High-Tech Distribution Capabilities:

With the company's size and strength, E. Gluck Corp. is able to back up a retailer's success at a moment's notice. The stock and shipping divisions are fully computerized to handle the latest inventory replenishment systems.

## Consistent Quality and Value:

Every watch is made with precision craftsmanship and innovative design and offers the optimum in style, quality and value for each price point and brand category — which is why E. Gluck's timepieces sell so well in stores nationwide.

## Strict Quality Control Methods:

E. Gluck watches are handled with the utmost care and are subjected to a variety of quality-control tests. Betascopes check micron plating on precious metals, and water-resistant watches are individually tested on the highest caliber monitoring equipment. E. Gluck even has designed equipment to test watch resistance to human perspiration.

# Sutton

Sutton, a division of E. Gluck Corp., was established more than 30 years ago to produce name-brand watches for sale and distribution to more than 2,000 better department stores, independent jewelers and specialty retailers nation-wide. Sutton's experienced marketing team understands the challenges of presenting product at store level and creates some of the most effective in-store visual displays in the industry. Sutton's in-house print and graphics team creates everything from stunning national display magazine advertising to more than 300,000,000 promotional newspaper inserts each year, proving that the company can handle marketing production challenges on every level.

## BRANDS

### ANNE KLEIN

It could be said that the Anne Klein brand defines the way American sports-wear is worn and sold today. E. Gluck Corp. is proud to have held this iconic label for longer than any other designer brand  in the watch industry. The company also is pleased to have made it one of the highest-performing women's fashion watch lines in the country today.

## ANNE KLEIN
### NEW YORK

Found at retailers around the world, the new Anne Klein New York collection of women's timepieces is defined by sleek, upscale styling — featuring steel and 18 karat gold, genuine diamonds, genuine leather straps, stainless steel casebacks, logo-embossed crowns, 5 ATM water resistance, and Swiss movements.



The fashion-forward AK Anne Klein watch line represents a broad range of designer and jewelry-inspired looks. The collection features the  season's hottest colors and the latest fashion details, while maintaining the distinctive AK Anne Klein image that its customer has come to expect.



The JLO by Jennifer Lopez label was created by Sweetface Fashion Co. in April 2001, when Jennifer Lopez and Andy Hilfiger joined to develop a fashion collection under her creative direction. In August of 2004, E. Gluck Corp. was chosen as the brand's official watchmaker. JLO by Jennifer Lopez Watch sales at better department stores have exceeded expectations, in part due to the fine styling of the product.

The JLO by Jennifer Lopez Watch line launched in department stores in 2004 with fashion-forward styling that coordinates with the JLO by Jennifer Lopez sportswear collection. The watches are sexy and chic, with a Hollywood-inspired drama and glitziness. The world would expect nothing less from a timepiece that bears this superstar's name.

# BADGLEY MISCHKA.

Badgley Mischka has been hailed by Vogue as among the "Top 10 American Designers." Mark Badgley and James Mischka say that their style "Harks back to the glamorous Hollywood of the Forties." And their pieces have been worn by such celebrities as Madonna, Catherine Zeta Jones, Jennifer Lopez, Kate Winslet, Sarah Jessica Parker and Ashley Judd.

The new Badgley Mischka timepieces reflect the glamour and sophistication of the brand. Styles range from bold statement-making cuffs in bright leathers to watches with ladylike cases and tiny grosgrain straps. Many of the watches have cases with crystal-encrusted detailing, covered dials and sophisticated closures. Large baubles, art-deco shapes and even a special case with "fluttering petals" are featured. The line is available to fine jewelers and specialty stores internationally.



Armitron, a division of E. Gluck Corporation, creates watches with a broad popular appeal and unequalled market penetration. Passion for its brand and complete dedication to its retailers are what drive Armitron's business relationships.

Armitron prides itself on its fresh approach to marketing. An extensive in-house creative team and state-of-the-art design capabilities keep retailers on the cutting edge of marketing with eye-catching point-of-purchase displays and exciting promotions. Armitron continually receives recognition for its outstanding performance. A few of its prestigious accolades include:

- Fairchild Publications'
  "Top 100 Most Recognizable Brands in the U.S."

- Three consecutive Time Warner "Bugsy Awards"
  for outstanding licensee of the year.

- Warner Bros. Hall of Fame.

- Awards and accolades from virtually every
  major retailer in the country.

Armitron has product categories that together cover a wide market demographic. Although Armitron watches cater to a range of budgets, each timepiece offers exceptional quality and value.

# Armitron.
## A Sport.

The All-Sport line of watches for men and women combines high technology with athletic styling and exceptional value. All-Sport features include dual times, 24-hour alarms, chronographs, Instalite® Night Vision displays, and durable cases.



The *Now* collection keeps pace with a trendsetter's wardrobe. These watches feature genuine diamonds, faceted crystals, sterling silver and gold-tone links, leather straps, petite and oversize cases, reversible bracelets, and more.



E. Gluck Corp. holds classic character watch licenses to suit its younger clientele. Popular character watches produced by E. Gluck Corp. include Looney Tunes, Scooby-Doo, PowerPuff Girls, Hot Wheels, Hanna-Barbera, Betty Boop, Batman and Shrek the Third.



Superb Quality ...
Exceptional Value ...
Outstanding Design.

Armitron.

# Armitron Product Line

Armitron has a timepiece for everyone; men, women, and children. Choose from a large selection of fine watches that will fit your lifestyle and your pocketbook. Exceptional quality and design are present throughout all product catagories which include: Gentlemen's analog digital multi function watches and ladies fashion styles offered in the Now collection. In addition, there are fun and exciting Character watch licenses such as: Looney Tunes, Scooby-Doo, PowerPuff Girls, Peanuts, Garfield and Bob the Builder.







## All-Sport®

A collection of sport watches for men and women that combines high-end technology and styling at exceptional prices.

Features Include:

- Dual times • 24-hour Alarms
- Chronograph • Durable Cases
- Instalite Night Vision Display
- Water Resistant • Stainless Steel

- 1 touch Release Safety Clasps
- Unidirectional Bezels
- 3 Subdial Month/Day/ Date

## Now®

A collection of fashion-forward watch styles for today's fashion conscious women.

Features Include:

- Genuine Single Cut Diamonds
- Hand Set Genuine Austrian Crystals
- Genuine Rubies & Sapphires
- Genuine Mother-Of-Pearl
- 23K Gold Plating • Calendar
- Water Resistant
- Faceted Crystals



# **Armitron.** America's Watch.™

A Brand name dedicated to offering the American consumer timepieces that feature superior quality, and trendsetting designs at exceptional prices.

## Strict Quality Control Methods

Assures you a perfect watch, every time, all the time. Created over 46 years ago, Armitron is a major force in the worldwide watch industry. In its state of the art facility of over 300,000 square feet, Armitron watches are handled with the utmost care and are subjected to a variety of quality control tests. Betascopes check micron plating on metals, and water resistant watches are individually tested on the highest caliber monitoring equipment. Those who own an Armitron watch can be assured that they have . . .

# The Best Priced Quality Watch in America

It's all in the details, from the markers on the dial, to the integrated stainless steel bracelet. Careful attention is paid to every detail. The brand Armitron is one you can be proud to wear, and proud to give.



# Levels of Water Resistance

Watches that are labeled water resistant without
a depth number can withstand splashes and rain,
but should not be submerged.

## 100-165 Feet (30-50 meters)
Watches suitable for swimming

## 330 Feet (100 meters)
Watches suitable for snorkeling, surfing and water skiing

## 600 Feet (Approximately 200 meters)
Watches suitable for recreational scuba diving



**Armitron.**

EXHIBIT B





CELEBRITY HEALTH AND FITNESS AWARDS OF 1999

# SELF

**The New Feel-Full Weight Loss Trick, pg. 92**

**12-PAGE PULLOUT BONUS!**

# FITNESS, BEAUTY & HEALTH MEGA-MANUAL

All the insider advice you need for Y2K—
from shapeup moves to makeup musts

## The #1 Total-Body Workout
**SELF** unveils your best at-home get-fit plan

**GET IT NOW!**
**53** Best
Beauty
Buys
by Mail

STEAL THESE STRATEGIES
## Stay-Slim Secrets of Women
## Who Eat What They Want

**10 MORTIFYING QUESTIONS
YOU'D REALLY RATHER
NOT ASK YOUR DOCTOR**
(We did it for you!)

**Exclusive Interview**
**HILLARY CLINTON—STAYING
SANE AND BOUNCING BACK**

DECEMBER 1999 $2.79
CANADA/FOREIGN $3.95

**QUICK—WHAT'S
YOUR HEALTH DESTINY?**
Find out if your future's a done deal

DECEMBER 1999

Fitness, Beauty & Health Mega-Manual • Stay-Slim Secrets

N12

37126



37126
0 "319465" 2
1 2 >

*Now*

## BE DIFFERENT, BE BEAUTIFUL.



The Now Collection from $40
FOR THE NEAREST ARMITRON RETAILER CALL

800-840-2933 EXT.SE

RPER'S BAZAAR

DECEMBER 1999

HEARST MAGAZINES



# BAZAAR

## Hot Holidays

**Dazzling Dresses, Bold Bikinis & Sexy Shoes**

## New Year's Eve Special

### Party Politics:
**How to Get on the A-List**

### Hollywood's Hippest Hangout

### 24-Hour Beauty: Manicures at Midnight

## The It Girls
**From Da Brat to Diane Sawyer**

DECEMBER $3.00



0 "754724" 7



BE DIFFERENT, BE BEAUTIFUL.



The Now Collection from $40
**FOR THE NEAREST ARMITRON RETAILER CALL**
**800-840-2933 EXT.HB**



DECEMBER 99 NO.172 **OBJECTS OF DESIRE** FRANCE FF40 GERMANY DM13 GREECE D817 700 ITALY L8000 NETHERLANDS HFl9 90 SPAIN PTAS950 SWITZERLAND FS9.50 UK £3.00

# ELLE

THE PARTY
OF THE
CENTURY
BEAUTY
SPECIAL

# Shine

IRRESISTIBLE BAGS,
DECADENT JEWELS,
FANTASY SHOES,
TROPICAL PRINTS

## SHE'S IN THE MONEY:
WHY DID BILL GATES
GIVE HER 17 BILLION BUCKS?

## PLUS: AUDRA McDONALD,
BECK, AND AN AFFAIR
TO REMEMBER

MILLA JOVOVICH
GOES HER OWN WAY

# 100
OBJECTS OF DESIRE

02492

0 274001

12

WWW.ELLE.COM
SEPTWORLD
ON SALE TILL
DECEMBER 7 1999
USA $3.50
CANADA $3.60



The Now Collection from $40
FOR THE CLOSEST ARMITRON RETAILER CALL
800-840-2933 EXT.E



# REDBOOK

WIN! $25,000 in dream vacations

BALANCING FAMILY • WORK • LOVE • TIME FOR YOU

## The hot new sex potion
Can it change your life?

## BREAST CANCER BREAKTHROUGHS
and 9 other health advances

**Pierce Brosnan:** What he's secretly yearning for

Your best holiday ever!

**232**

# get-inspired ideas
new traditions, treats, plus party-perfect hair, makeup, clothes

## 99 NEW WAYS TO SAY "I LOVE YOU"

How to raise a child with good values

DECEMBER 1999    $2.50

# SHANIA TWAIN

**exclusive**

Is her marriage on the rocks? For the first time, she reveals the truth behind those painful rumors and tells how her tragic past gives her the strength to cope

0 75470 08660 1

www.redbookmag.com



## BE DIFFERENT, BE BEAUTIFUL.



**The Now Collection from $40**
FOR THE CLOSEST ARMITRON RETAILER CALL
**800-840-2933 EXT.R**

LADIES' HOME JOURNAL® ■ DECEMBER 1999 ■ NEVER UNDERESTIMATE THE POWER OF A WOMAN® ■ ©2098 VOL CXVI ■ NO. 12

# LADIES' HOME
# JOURNAL

QUICK FOOD GIFTS TO MAKE

DECEMBER 1999



## HOLIDAY
## SPECTACULAR!

**The Ultimate Cookie Cookbook**

### BEST TOYS UNDER $20

**Festive Wreaths, Glorious Trees**

### EAT, DRINK AND BE SKINNY
**Party-Tested Binge Busters**

### "Our Christmas At The White House"
**By Hillary Rodham Clinton**

### A SIMPLE PLAN
**For A Fun-Filled, Low-Stress Season**

### BE INSPIRED
**Holiday Stories That Will Touch Your Heart**

## THE SEPTUPLETS
### TEARS, TRIUMPHS AND LOTS OF JOYFUL NOISE

Kenny

Brandon

Joel

Nathan

Natalie

Kelsey

Alexis

www.lhj.com
AOL Keyword: lhj
$2.49 U.S./$2.99 CAN.

12>

0  92567 14150  0

$2.49 U.S./$2.99 CAN.



BE DIFFERENT, BE BEAUTIFUL.



The Now Collection from $40
FOR THE CLOSEST ARMITRON RETAILER CALL
800-840-2933 EXT. J



HOLLYWOOD Y2K: HOW THEY'LL CELEBRATE

# InStyle

Celebrity + Lifestyle + Beauty + Fa

Winona Ryder

LISA KUDROW

DECEMBER 1999

## Holiday Hair & Makeup

## Stars Who Give Back
Sharon Stone
Susan Sarandon
Ben Stiller
& More

# 228
## Fabulous Gift Ideas!

## Fashions That Sparkle

## At Home With:
### The Practice's Kelli Williams

### Enrique Iglesias in Miami

*time to*
## shine

*Lisa Kudrow's ready for the New Year—you can be too!*



## BE DIFFERENT, BE BEAUTIFUL.



The Now Collection from $40
**FOR THE CLOSEST ARMITRON RETAILER CALL**
800-840-2933 EXT.IS



HARPER'S BAZAAR

# BAZAAR

## FASHION TO THE MAX
### EXTREME BIKINIS & MAJOR MINIS

## STATUS SCENTS
### THE DESIGNER FRAGRANCE FRENZY

## DECKED OUT
### SUPER YACHTS ARE BACK

## THRILL SEEKERS
### ATHLETES ON THE EDGE

MAY 2000

HEARST MAGAZINES

MAY | $3.00
05

0  754724   7



... a beautiful time.

From thirty five dollars

For the Armitron retailer
nearest you, call:
800-840-2933 ext.H



**Armitron**

*Now*

. . . a beautiful time.

From thirty five dollars

For the Armitron retailer
nearest you, call:
800-840-2933 ext.E



# SELF

## 20-MINUTE BETTER BODY PLAN
Twice the results, half the time

**WEIGHT LOSS QUICK FIXES**
What works, what doesn't, what's dangerous, p. 128

## SPECIAL SEX & HEALTH REPORT

**URGENT!**
**THE MENTAL-HEALTH CRISIS YOU CAN'T AFFORD TO IGNORE**

**GET A GREAT BUTT**
Lift, reshape, minimize, p. 124

**UN-BORING SALADS**
5 slimming yet filling dinners. Yum!

Kate Bosworth's radiant-skin secret, p. 38

**DON'T MISS THIS!**

- Increase your confidence (and enjoyment!)
- Answers to intimate questions (the ones you're too shy to ask)
- How to be your sexiest self (skimpy lingerie not required)

JULY 2003 $2.99
CANADA/FORE'

07>

# FINANCIAL HAPPINESS





**Don't let a spill curb your confidence.**

# Screw up a job interview? Not you!

THERE'S NO NEED TO LET A SUDDEN crisis stop you from scoring your dream job. Try these fast, foolproof fixes and you'll increase your chances of snagging an offer, no matter what trips you up.

**INTERVIEW SNAFU You spilled on yourself** If your morning joe has left its mark, go to the grocery, buy some white vinegar, then gently dab it on the stain to remove. Or say to your interviewer: "I thought about canceling, but then I realized this meeting isn't about my shirt; it's about what I can bring to the company," advises Carole Martin of www.interviewcoach.com.

**INTERVIEW SNAFU You have onion breath** If there are no mints handy, use the curved end of a plastic spoon to scrape stinky-breath bacteria off your tongue. Then sip water: Dry mouth can exacerbate the odor problem.

**INTERVIEW SNAFU You're sick** If you can't rebook, keep your germs to yourself. Say, "Pardon me for not shaking hands. I have a cold," Martin suggests. Also, bring lozenges and water, because cold remedies can sap saliva and cause the aforementioned bad-breath problem. Then don't bring up your health again. Powering through the meeting without complaint shows you're determined to make the position yours.

**INTERVIEW SNAFU You're late** Five minutes behind? Don't worry. Many managers will assume the receptionist kept you waiting. If you'll be any later, call, apologize and say, "I know your time is valuable. Would you like to reschedule?" Don't elaborate unless the reason for your tardiness is a true emergency (i.e., family crisis, not traffic jam). —*Kimberly Flynn*

## Win a watch

**SELF FREEBIE!** **Be on time! Land one of eight free watches from Armitron's Now Collection, worth $45. (We love its classic look.) See page 157 for entry how-tos.**



## Win a watch

**SELF FREEBIE!** **Be on time! Land one of eight free watches from Armitron's Now Collection, worth $45. (We love its classic look.) See page 157 for entry how-tos.**

...or-break pre-
...when sud-
...pears into an
...help (and a
...ata Recovery
...1904). The
...as a former
...evention
Kelly Chessen,
...y. "Our call-
...ic-stricken. I
...man gel so
...computer, he
...essen says.
...talk people
...je. "I listen to
...empathize
...m know that
...s at hand."
...tech world is
...rough with
a hanky and, we hope,
a solution. —*Holly Cassandra Corbett*

Lau...
You...

domest...
and jett...
your los...
the mor...
would...

Even...
some fi...
ried wo...
making...
on thei...
count i...
vidual i...
clean ab...

Once vows are exchanged, you're both legally liable.

*E-mail Rowley your finance questions at money@self.com.*



teen VOGUE

SPECIAL PRICE $1.99

FASHION HEATS UP

**60 cool picks**
chic shorts, breezy dresses, sassy sunglasses, & bright white denim

**sister style**
from Beyoncé and Solange to Mary-Kate and Ashley Olsen

10 PRO TIPS TO GET GREAT SKIN

**mandy moore**
daring new role, edgy look to match

**CARNAL KNOWLEDGE**
what should you learn about sex at school?

USA $3.99
CANADA $5.99
FOREIGN $9.99

08455

0 751144 2

05>

MAY 2004
www.teenvogue.com

## shopping spree







Palladium canvas sneaker, about $65. (888) 368-7996.

Claus Porto Violet Bath Foam, $35. www.lafcony.com.

Ayah New York metallic leather clutch, about $160. Barneys New York, NYC.





# plum gorgeous

*Purple reigns supreme on lavender watches and grape-colored high-tops.*





Vivienne Tam tiered chiffon dress, about $325. Vivienne Tam, NYC.

kirsten dunst

Now by Armitron watch, about $35. (800) 840-2933.

Francesco Biasia embroidered bag, about $180. (800) 865-5422.







Wendy Mink plastic earrings, about $118. Henri Bendel, NYC.

Maybelline New York Forever Metallics lip color in Silver Lilac, $8. Drugstores.

XOXO Footwear satin heel, about $76. (866) 969-6444.



Case 1:08-cv-03466-VM-RLE    Document 13-3    Filed 06/06/2008    Page 23 of 28

EXCLUSIVE INSIDE JULIA ROBERTS' NEW HOME

The Malibu house where she'll raise her twins

WEEKLY

# iN TOUCH

MARY-KATE OLSEN

NEW $1.99

**MORE TROUBLE**
Can she handle
the split from
her boyfriend?

BILL CLINTON

How his surgery
is giving him a
new lease on life

# IS IT ALREADY OVER?

Friends reveal why J. Lo
and Marc's relationship
is so fragile now

An expert says:
"THIS IS NOT A
HAPPY COUPLE"

SEPTEMBER 20, 2004 · $1.99

0 71486 03658 6

# Selma Blair's
# knack
# for black



When it came time to attend the Spanish premiere of *Hellboy*, Selma, a onetime aspiring fashion photographer, felt that a frilly look wouldn't do! "Because I do love fashion, I know I can't wear anything that's going to wear me," she says, citing her lean frame. Instead, Selma chose simple draped black pieces. The 32-year-old clotheshorse, who wore Karl Lagerfeld when she wed rocker Ahmet Zappa, is starting a line of wraparound belts inspired by the ones her mother wore. It'll be a cinch!

**THE EARRINGS**
An all-black outfit, like Selma's, needs dramatic jewelry. Fada NYC's earrings work because the shape is bold, but the filigree is pretty. $8, (212) 564-8380.

**THE WATCH**
An oversized watch, like those in Armitron's Now Collection, looks like a piece of jewelry because of its chunky, sensuous links. $40, (800) 840-2933 for stores.

**THE NECKLACE**
Wearing chokers made of large, round beads is all the rage right now, and Fada NYC's necklace fits the bill. $12, (212) 564-8380.

**Grand total: $222**

SELMA BLAIR

**SWEATER AND CAMISOLE**
For a polished-but-breezy look, Selma wears a soft sweater, like this one by Warehouse, and layers it over a camisole. Sweater; $38, (212) 583-1880. H&M camisole; $6, hm.com for stores.

**THE SKIRT**
The lines and angles of Selma's skirt, which are echoed in this one by Heart Soul, add depth and visual interest. Showing just a sliver of belly is a subtly sexy style. $29, sears.com for stores.

**THE SHOES**
For a vampy-but-girly feel, ankle-wrapped shoes with a closed toe — like these Joan & David Circa ones — are just the thing. $92, macys.com for stores.

# Parenting



## 240
### Must-haves
### for your
### child, family,
### and you

## Our Special Shopping Guide!
### best buys, great solutions

**Tame the clutter ▪ Keep kids safe ▪ Simplify mealtime**
**Ease bedtime ▪ Enjoy *mom* time!**

*Parenting*
**Mom-Tested!**



www.parenting.com
AOL Keyword: Parenting

$3.50US $4.50CAN

10>

0  72440 10105  0

Mom-Tested!

# time it You live by the clock.
## Why not have a watch that reflects your life?

**1. Sporty mom**
Whether you're timing your morning run or pushing your baby on the swing, this watch is ready for the workout—and looks cute too. (Juicy by Roots, $35; www.roots.com)

"Even on hot days when I play tennis, it doesn't make my wrist sweaty, and it's practically weightless!"
—ELAINE MEHLER
MOM OF TWINS
GABRIEL AND JESSICA, 4
ENGLEWOOD, NJ

**2. Kid-at-heart mom**
Strap on this fun, colorful number to remind you of your inner child before you tend to your real one. (By Anne Klein, $55; 800-840-2155)

**3. Day-to-night mom**
Pastel-purple and faux-croc band? Here's a timepiece that'll take you from cool mom by day to hot mama by night. (Now Collection by Armitron, $40; 800-840-2933)

**4. Trendy mom**
You didn't leave your sense of style at the door of the delivery room, so make a fashion statement with this unique stainless-steel square face (and huge numbers!) and wraparound strap. (By DKNY, $85; 800-449-3056)

"It felt stylish on my wrist, and the face was big enough to read easily. Plus, I got lots of compliments from my friends."
—MARY ELLEN O'BRIEN
MOM OF J.J., 10, AND
BARBARA, 9, DELAFIELD, WI

**5. Toddler mom**
A tough, classic stainless-steel band makes this an obvious choice for the mom with the kid who just won't quit. (The LaHoya by Tommy Hilfiger, $75; 888-TOMMY-4-U)



yourself

Photograph by Kenro Izu

Case 1:08-cv-03466-VM-RLE    Document 13-3    Filed 06/06/2008    Page 27 of 28

# Lucky.

NOVEMBER 2004

THE
PRETTIEST
PARTY
MAKEUP
PAGE 164

INSIDER
STYLE
WHAT
FASHION
EDITORS
REALLY
WEAR

# Glam
# details:

Our exquisite 11-page
jewelry guide

everyday!
**sexy!**

- shapes made to
perfect your body
- hot pieces
everyone will
notice
- work dressing
like you've
never seen it

How to get
an instantly
feminine look

# LUCKY
# BREAKS

PAGE 247

Alicia Silverstone
shops organic
PAGE 110

# bracelet *watches continued*








*Futuristic* and '60s-inspired at the same time. STAINLESS-STEEL DIGITAL "CHOCOLAT" $2,550 CHANEL, 800-550-0005 FOR LOCATIONS

*Asymmetrical* perfection with plenty of gleam and polish. "DÉCLARATION" $4,750 CARTIER, 800-227-8437




*This sharp* cufflike design is impressive in its boldness—pair it with a clean-cut suit. STAINLESS-STEEL CUFF, $350 ALFEX, 800-827-7590 FOR STORES

*A shot of hot pink* makes it a bit funky. SWAROVSKI "NOW" COLLECTION, $55 ARMITRON, 800-840-2933 FOR STORES

*The jeweled* bracelet packs a lot of style punch. DIAMOND AND PINK TOPAZ "DEBUTANTE" WITH INTER-CHANGEABLE BANDS, $4,495 CORUM. BAILEY BANKS & BIDDLE, 800-651-4222






*Simplicity* at its best: streamlined and timeless. STAINLESS-STEEL "BARELETO" $595 MOVADO. SELECT MACY'S, 800-343-0121

*A fanciful* opalescent face, offset by strikingly bright metal. STEEL "BZERO1" WITH MOTHER-OF-PEARL FACE, $1,500 BULGARI, 800-285-4274

*Glimmer* to wear with jeans—or a floor-length gown. CRYSTAL-DETAIL STAINLESS STEEL, $195 BULOVA. SELECT MACY'S, 800-343-0121

*A great* option for the office—it's modern, uncluttered, and entirely professional. STAINLESS STEEL, $595 GUCCI, 212-826-2600

# EXHIBIT C

# NOW

## Armitron



FALL 1993



Case 1:08-cv-03400-VM-RLE Document 13-4 Filed 06/06/2008 Page 4 of 26



NEW
75/1502 WHT

NEW
75/1504 GRN

NEW
75/1502 BLK

NEW
75/1504 BLU

NEW
75/1506 BRN

NEW
75/1508 BLK

NEW
75/1500 BLK

N**O**W by **Armitron**



NEW

NEW
75/1536 TOR

NEW
75/1514 MOP
Mother of
Pearl Dial

NEW
75/1512 WHT
Faceted
Crystal

NEW
75/1537

NEW
75/1536 TAN

NEW
75/1512 TAN
Faceted
Crystal

Faceted
Crystal

Faceted
Crystal

NEW
75/1514 BLU

Faceted
Crystal

NEW
75/1514 GRN

NEW
75/1512 BLK

Faceted
Crystal

NEW
75/1512 BLK

NOW by Armitron



NEW
75/1533

NEW
75/1542 TAN

NEW
75/1542 BLK

NEW
75/1532

NEW
75/1540 TAN

NEW
75/1534

NEW
75/1535

NEW
75/1540 BLK

NOW by Armitron

NEW

NEW
75/1520 BLK

NEW
75/1538 BDY

Mother of
Pearl Dial

NEW Mother of
Pearl Dial

75/1516 MOP

NEW

75/1522 CHP

NEW
75/1538 BLK

Mother of
Pearl Dial

20 1/2 Day
Moon
Phase

NEW
75/1618 WHT

NEW
75/1538 TAN

Mother of
Pearl Dial

NEW
75/1522 BLK

NOW by Armitron





# CUT CRYSTAL INTERCHANGEABLE BEZEL SET

75/1550 WHT

NEW

75/1550 BLK

NEW



**NEW**
75/1526 OPL
Crushed
Opal Dial

**NEW**
75/1524 LAP
Lapis
Dial

**NEW**
75/1526 MAL
Malachite
Dial

**NEW**
75/1524 MAL
Malachite
Dial

**NEW**
75/1526 MOP
Mother of
Pearl Dial

**NEW**
75/1524 MOP
Mother of
Pearl Dial

Onyx
Dial

**NEW**
75/1526 ONX
Onyx
Dial

**NEW**
75/1524 ONX

**GENUINE STONE DIALS**

**NOW** by **Armitron**

**NW36**
**16"H x 11½"W x 4"D**

**98/NW 64**
**NOW 64 pc. ON COUNTER DISPLAY**
**21"H x 13"W**

**98/NWBNSM**
**SMALL ON-COUNTER BANNER**
**17"H x 7½"W**



**98/NWBR**
**NOW BRACELET DISPLAY**



**98/NWV3BK**
**9"H x 5½"W**



**98/NWICS**
**WATCH TRAY**
**16"W x 11¾"D**

# EXCITING NEW FIXTURES
# CREATE DYNAMIC IN STORE
# PRESENTATIONS!

# Armitron®
## POINT OF PURCHASE





# 20% OFF FASHION WATCHES



Also in-store:



JCPENNEY
050-98-01-00
SPRING 98

# C O N T E N T S



## N O W
PAGES 2-10

| | |
|---|---|
| SILVER BRACELETS | PAGE 2 |
| MESH BRACELETS | PAGE 3 |
| ANTIQUE | PAGE 4 |
| BANGLES | PAGE 5 |
| REVERSIBLES, GOLD BRACELETS, PENDANT | PAGE 6 |
| EXPANSIONS | PAGE 7 |
| TWO-TONE BRACELETS | PAGE 8 |
| BOXED SETS | PAGE 9 |
| STRAPS | PAGE 10 |
| FIXTURES | PAGE 31, 32 |



## A L L - S P O R T
PAGES 11-32

| | |
|---|---|
| DURASTEEL | PAGE 12-14 |
| COLOR DIALS | PAGE 16 |
| MEN'S BRACELETS | PAGE 17 |
| LADIES' BRACELETS | PAGE 18 |
| EXPANSIONS | PAGE 19-21 |
| POCKET WATCHES | PAGE 21 |
| STRAPS | PAGE 22 |
| INSTALITE | PAGE 23,25-28,30 |
| ANA-DIGIS | PAGE 24 |
| DIGITALS | PAGE 29 |
| CLEAR STRAPS | PAGE 30 |
| FIXTURES | PAGE 31,32 |



## C H A R A C T E R
PAGES 33-51

| | |
|---|---|
| CLASSIC COLLECTION | PAGE 34-36 |
| MUSICALS | PAGE 36,41,42 |
| ROTATING DISCS | PAGE 38 |
| INSTALITE STRAPS, CLOISONNE | PAGE 39 |
| SCULPTED DIALS | PAGE 40 |
| BOXED SETS | PAGE 43 |
| MINIS | PAGE 44 |
| BRACELETS | PAGE 45 |
| POCKET WATCHES | PAGE 46 |
| JELLIES | PAGE 47-49 |
| FIXTURES | PAGE 50-51 |

LIFETIME
LIMITED
WARRANTY

A R M I T R O N ₀ A M E R I C A' S   W A T C H



LOT #1038
75/1851
$45
**NEW**

LOT #1003
75/1811 ►
$55

LOT #1034
75/1853 BLU ►
$50
**NEW**

LOT #1104
25/4603
$45

LOT #1035
75/1853 SIL ►
$50
**NEW**

LOT #1076
75/1851 ►
$55



page 2 byArmitron.



LOT #1090
75/1753
$40

LOT #1574
25/6067 ►
$40

LOT #1036
75/1845
$40
NEW

LOT #1026
75/1831 ►
$40

LOT #1039
75/1849
$40
NEW

LOT #1027
75/1841 ►
$40

LOT #1037
75/1847 BLU ►
$45
NEW



NOW
by Armitron. page 3



LOT #1024
75/1803 ➤
$55

LOT #1025
75/1833 ➤
$50

LOT #1009
➤ 75/1823
$45

LOT #1031
◄ 25/6103
$45

LOT #1023
◄ 75/1835
$55



NOW®
page 4 byArmitron.

BANGLES



Lot #1105
75/1793 ➤
$50

Lot #1111
◄ 75/1786
$45

Lot #1042
◄ 75/1854 BLK
$60
**NEW**

Lot #1088
◄ 75/1728
$45

Lot #1033
◄ 75/1855 SIL
$55
**NEW**

Lot #1089
75/1729 ➤
$45



by Armitron.    page 5

LOT #1052
2B/5596 ►
$55

LOT #1019
2B/5834 ►
$50

LOT #1006
◄ 75/1516
$55

LOT #1136
◄ 75/6004
$55
REVERSIBLE

LOT #1176
◄ 75/1716
$45

LOT #1119
75/6000 ►
$55
REVERSIBLE

LOT #1028
◄ 75/1828
$50
MOTHER OF
PEARL DIAL

REVERSIBLE
BRACELET

NOW®
page 6  by Armitron.

EXPANSIONS



Lot #1126
75/1804 ▶
$50

Lot #1082
75/1733 ▶
$45

Lot #1002
75/1808 ▶
$45

Lot #1091
◀ 75/1732
$45

Lot #1029
75/1836 ▶
$50
MOTHER OF
PEARL DIAL

Lot #1094
75/1741 ▶
$45

Lot #1001
75/1806 ▶
$45

Lot #1097
◀ 75/1731
$45
INSTALITE
DIAL



NOW
by Armitron.    page 7



LOT #1081
75/1743
$50

LOT #1084
75/1749 ►
$50

LOT #1005
75/1815 ►
$60

LOT #1102
◄75/1789
$55

LOT #1105
75/1766 ►
$65

LOT #1106
◄75/1767
$65

LOT #1004
75/1813 ►
$60

MOTHER OF
PEARL DIAL



# NOW®
page 8 | by Armitron.



BOXED SETS

LOT #1113
75/1764 SET ▶
$85

LOT #1112
◀ 75/1556 BKST
$55

LOT #1115
75/1604 SET ▶
$55

LOT #1116
◀ 75/1603 SET
$55





LOT #1146
75/1676 HNY ➤
$35

LOT #1041
▼75/1842 HNY
$45
**NEW**

LOT #1169
75/1708 HNY ➤
$40

LOT #1411
◄75/1507
$40

LOT #1123-0009
75/1619 BLK ➤
$40

LOT #1067-2003
75/1595 HNY ➤
$40

LOT #1154
75/1626 WHT ➤
$40

LOT #1142-1004
◄75/1668 TAN
$40

LOT #1123-2005
75/1619 WHT ➤
$40

LOT #1142-0006
75/1668 BLK ➤
$40

LOT #1128
75/1626 BLK ➤
$40



# Armitron.
## America's Watch™

Supplier number: 10461-2    SUB 050

it's all inside.

JCPenney





# Armitron is the Perfect Gift . . .

## The Styling is Exceptional.

As a leader in the watch industry, Armitron is a fashion trendsetter. Our highly experienced design teams create exciting up-to-date fashion styles as well as classic timepieces. Constant dedication to detail is found in each and every Armitron watch.

Hold an Armitron watch in your hand and feel the quality of our bracelets. Notice the way the bracelet is integrated into the case and the way the watch rests on your wrist. Examine the amazing number of features found on our timepieces. These are the same features found on watches costing hundreds of dollars.

## The Quality is unsurpassed.

Armitron utilizes the finest components possible. This includes using quality quartz movements that insure years of accurate and dependable time keeping. Durable cases and bracelets are mainstays in each Armitron watch. Strict quality control testing methods are routine procedure for Armitron as we strive to give you the top quality styling available. We have been in the watch industry for over 25 years and we want you back as a repeat customer for years to come.

## The Value will Amaze You.

Armitron is committed to value. We offer you quality name brand timepieces at the lowest possible price. Our top focus is adding features to our styles without adding cost to you. Armitron is dedicated to giving you the most watch for the least money. The features you want and the quality and styling you deserve are found in every Armitron Watch. Simply stated . . .

## Armitron is the Best Priced Quality Watch in America.























*Presenting*

# Armitron.
### W A T C H W O R K S

**Every Day**
## $54



**Stainless Steel Case & Bracelet
Water Resistant to 165 Feet**

Your Choice
Every Day
## $48

*Form & Function*



kmart



great gifts for mom ...

66 SWAROVSKIE CRYSTAL
MOTHER-OF-PEARL DIAL
0-365507-110
**54.99**

22 SWAROVSKIE CRYSTALS
0-365477-116
**54.99**





I just want to say thank you ...

DIAMOND ON DIAL
0-349888-115
**34.99**

DIAMOND ON DIAL
0-167952-118
**29.99**

DIAMOND ON DIAL
0-071183-339
**34.99**

Prices effective until May 21st.



Now Armitron

75 SWAROVSKI® CRYSTALS
0-052006-111
**54.99**

90 SWAROVSKI® CRYSTALS
0-071183-370
**59.99**

DIAMOND ON DIAL
0-365485-118
**49.99**

0-302609-110
**49.99**

*I love you mom...*

0-475678-110
**49.99**

0-475080-116
**49.99**

*thanks ... for everything*

DIAMOND ON DIAL
0-071188-084
**44.99**

WATER RESISTANT
100 FEET
0-175422-112
**39.99**

DIAMOND ON DIAL
0-247808-116
**49.99**

Armitron Now

Armitron
America's Watch...

66 SWAROVSKI® CRYSTALS
MOTHER-OF-PEARL DIAL
#42556
54.99

28 SWAROVSKI® CRYSTALS
STAINLESS STEEL
MOTHER-OF-PEARL DIAL
WATER RESISTANT
100 FEET
#10192
64.99

Holiday Time

Armitron
America's Watch...

ARMITRON 12/2006

DURABLE TITANIUM FINISH
CERAMIC
STAINLESS STEEL
WATER RESISTANT
100 FEET
#10621
59.99

DIAMOND DIAL
DURABLE TITANIUM FINISH
STAINLESS STEEL
WATER RESISTANT
165 FEET
#10184
64.99

Sears

Armitron
Now

DIAMOND ON DIAL
#41174
39.99

DIAMOND ON DIAL
#40904
29.99

Armitron
Now

DIAMOND ON DIAL
#40984
49.99

#10625
49.99













11 DIAMOND/268
CRYSTALS
#12511
$64.99

CALENDAR
#12509
$59.99



Armitron
*Now*

60 DIAMOND/658
CRYSTALS
#12740
$79.99

34 DIAMOND/343
CRYSTALS
#10674
$59.99



128 SWAROVSKI
CRYSTALS
$84.99



Armitron
*Now*

Superb Quality,
Trendsetting Design.
Unsurpassed Value.



Armitron
*Now*



60 SWAROVSKI
CRYSTALS
#10624
$59.99

11 SWAROVSKI/268
CRYSTALS
#10766
$54.99



75/2765









DIAMOND ON DIAL
75/3023SIL
50.00

DIAMOND ON DIAL
75/2641TEL
50.00

DIAMOND ON DIAL
75/3248BK/BK
40.00

DIAMOND ON DIAL
75/2642BLK
40.00

DIAMOND ON DIAL
75/2447BLK
30.00







# Armitron
## Diamond Dial Collection

050-1649

Faceted Crystal Dials
050-1647

SALE
$32⁹⁹
REG. $45

Fashion Forward
Ladder Bracelet

SALE
$32⁹⁹
REG. $45
050-1508

Marvelous Mesh

SALE
$32⁹⁹
REG. $45
050-1255

SALE
$32⁹⁹
REG. $45
050-1348

SALE
$39⁹⁹
REG. $70

Now
Wardrobe Sets Featuring
Interchangeable Bezels

42 Genuine Austrian Crystals
050-1623

24 Genuine Austrian Crystals
050-1629

EXHIBIT D

Int. Cl.: 14

Prior U.S. Cl.: 27

**Reg. No. 1,446,294**

## United States Patent and Trademark Office

Registered July 7, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## NOW

E. GLUCK CORPORATION (NEW YORK COR-
PORATION)
29-10 THOMSON AVENUE
LONG ISLAND CITY, NY 11101

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 9-16-1986; IN COMMERCE
9-16-1986.

SER. NO. 628,672, FILED 11-5-1986.

C. A. SIDOTI, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2008-05-27 16:59:23 ET

**Serial Number:** 73628672 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 1446294

**Mark (words only):** NOW

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-07-17

**Filing Date:** 1986-11-05

**Transformed into a National Application:** No

**Registration Date:** 1987-07-07

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-07-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. E. GLUCK CORPORATION

**Address:**
E. GLUCK CORPORATION
29-10 THOMSON AVENUE
LONG ISLAND CITY, NY 11101
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active

WATCHES
**Basis:** 1(a)
**First Use Date:** 1986-09-16
**First Use in Commerce Date:** 1986-09-16

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-07-17 - First renewal 10 year

2007-07-17 - Section 8 (10-year) accepted/ Section 9 granted

2007-07-13 - Assigned To Paralegal

2007-06-18 - Combined Section 8 (10-year)/Section 9 filed

2007-06-18 - TEAS Section 8 & 9 Received

2006-10-20 - Case File In TICRS

1992-11-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-09-04 - Section 8 (6-year) and Section 15 Filed

1987-07-07 - Registered - Principal Register

1987-04-14 - Published for opposition

1987-03-13 - Notice of publication

1987-02-03 - Approved for Pub - Principal Register (Initial exam)

1987-02-03 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JAMES REISMAN

**Correspondent**
JAMES REISMAN
GOTTLIEB, RACKMAN & REISMAN, P.C.
8th Floor
270 Madison Avenue
New York NY 10016
Phone Number: 212-684-3900
Fax Number: 212-684-3999

# EXHIBIT E



EXHIBIT F

the NOW watch™

**Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |



the now watch

Contact Us    |    © Copyright 2007 The Now Watch    |    Website Design: Weaver - Powerful Affordable Websites

the N(O)W watch™

**Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |



### Our Original Now Watch

**$45.00** *plus shipping & handling*

**Product Description:**

Our Original Now Watch brings our <u>concept</u> to life for men, women, and children. We've carefully designed our Original Now Watch to find a happy medium of style and practicality for all people and activities.

This watch features a black leather band and a silver colored case with a stainless steel back. It is the first of a line of Now Watches that will exhibit a wide variety of face designs, band styles, colors, and price points to fit our customers' more specific wants and needs. Please contact us with any suggestions.

### Please Click Below to Begin Ordering Your Original Now Watch!



Order Now

Note: For **corporate** gifts or other **bulk orders** designed to focus a large group of people on the present moment... please contact us at <u>info@thenowwatch.com</u> to initiate special arrangements.

**Return Policy:** If for any reason you are not completely satisfied with your purchase you may return your Now Watch within 21 days of your order and receive a full refund (less shipping and handling) credited to your credit card within one business day of when we regain possession of what you return to us. In this circumstance, please contact us to assure personal attention to your return.

Contact Us   |   © Copyright 2007 The Now Watch   |   Website Design: Weaver - Powerful Affordable Websites

**the NOW watch™**

**Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |

**Our Philosophy**   |   Founder's Story  |  What's In Development?

## Our Philosophy

The Now Watch mission is to bring more presence to people's lives.

It's a simple goal but in a world where we are so busy and caught up trying to get things done, we rarely pause and take a moment to just be where we are right here and now. However, when we do appreciate the moment, we often feel a relaxing sensation, followed by an ability to focus and actually get more done in less time. In a sense, that's because it's always now. And when connected to the present moment, we are able to use our time to its fullest potential.

We've decided that a watch or a clock with the word NOW appearing prominently on the face is the perfect stimulus to help us access more presence in our lives. It works so easily... when we check our NOW watches and clocks, we'll find out the time of day as usual but will also be reminded that it is the present moment initiating a collision of the mystical with the utterly practical. Many people find it inspiring, some soothing, still others motivating, while others just laugh... but that's what make our timepieces what we consider to be functional pop-art left wide open to interpretation.

We believe we've hit on a radically simple concept that delivers a message in a fun, cool, and affordable way. Since the present moment is fundamental to every human, in every walk of life, our long term vision is to spread our products all around the world. Here are some sample translations into other languages:

Spanish - **Ahora**, Dutch - **Nu**, German - **Jetzt**, Greek - **τώρα**, Italian - **Ora**
Portuguese - **Agora**, Russian - **Теперь**, Chinese - 現在

Our core value is simplicity which leads us to one final simple idea. We believe that the present moment is the greatest gift that there is here on earth. Therefore, our products seek to become the perfect gift people can buy for themselves and share with others worldwide.

Please contact us to bring more presence to your life and your community.

Contact Us   |   © Copyright 2007 The Now Watch   |   Website Design: Weaver - Powerful Affordable Websites

the (NOW) watch™                                    **Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |

## Our Community

We are pleased to be developing a growing Now Watch community to show our appreciation for all those who share the vitality springing forth out of the present moment.

The simple goal of our community is to link together people and resources that can help deepen the human connection to NOW.

Please contact us at info@thenowwatch.com if you'd like to be what we'll consider a friend The Now Watch.

## Featured Friends of The Now Watch



Steven Lane Taylor is the Author of **"Row Row Row Your Boat,"** a profoundly simple guide to living in harmony with life's divine flow. We love its simplicity and call to pay attention to what's happening in your life right Now. We also love walking down the street singing this little well-known jingle. Try it, singing softly to yourself, and see how quickly your perspective changes. Please check out www.rowrowrow.com to learn more about Steven, his book, his talks, and his workshops.

**<----- Buy This Book on Amazon.com**



Raphael Cushnir is a popular contributor to O, the Oprah magazine. He is the author of several books including **"How Now: 100 Ways to Celebrate the Present Moment,"** a well rounded mix of suggestions to bring more presence to people's lives making it a Now Watch favorite. Please check out www.hownow100.com to learn more about Raphael's book as well as www.innermanagement.biz for more about his talks, training programs, and consultations.

**<----- Buy This Book on Amazon.com**

Contact Us    |    © Copyright 2007 The Now Watch    |    Website Design: Weaver - Powerful Affordable Websites

the N⊗W watch™                    **Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |



### Contact Us

For questions, comments, orders, or anything else please contact us at:

info@thenowwatch.com

20 East 9th Street, Suite 6W
New York, NY 10003
Phone: (212) 982-2336
Fax: (212) 551-7806

Contact Us    |    © Copyright 2007 The Now Watch    |    Website Design: Weaver - Powerful Affordable Websites



**Because the Time Is Always Now!**

| Order The Now Watch | Store Locations | About Us | Our Community | Contact Us | Home |

## Store Locations

If you are in the New York Metropolitan area and want to see Our Original Now Watch in person... please check out.

### Brooklyn

**1:46 Watch Repair and Design Collective**
146 North 7th Street
Brooklyn, NY
(By **Bedford** Avenue stop on the L train in Williamsburg) **Map It**

**Néda**
A Contemporary Designer Boutique
*There are two super cool stores in Brooklyn:*

- Cobble Hill at 302 Court Street Map It
- Park Slope 413A Seventh Avenue Map It

### Manhattan

**Christopher's**
7 Greenwich Avenue
New York, NY
(Corner of Greenwich Avenue and Christopher Street in the West Village) **Map It**

### Westchester

**Beginnings Bleus**
575 Main Street
Armonk, New York  **Map It**

Are you interested in showing The Now Watch product line in your store, boutique, gift shop, or e-tail site?

From New Age shops and Yoga outlets to mainstream shopping malls, The Now Watch product line seeks a diverse range of purchasing opportunities for our customers

If you believe any of the NOW Watch products within our line are a good fit for your retail business, please contact us at info@thenowwatch.com to join our expanding Now Watch Network.

Contact Us   |   © Copyright 2007 The Now Watch   |   Website Design: Weaver - Powerful Affordable Websites

# EXHIBIT G

Google

now watch | Search | Advanced Search
Preferences

---

**Web**  Video

Personalized Results **1 - 10** of about **71,700,000** for <u>now</u> <u>watch</u>. (0.10 seconds)

Signals Catalog
Signals.com    Gifts That Inform, Enlighten & Entertain. Supports Public TV. Sponsored Links

**Watch Now**
www.Target.com    **Watch Now** Online. Shop Target.com.

### The **Now Watch** - Because the Time is Always **Now**

Because the Time Is Always **Now**! Order The **Now Watch** · Store Locations · About Us ·
Our Community · Contact Us · Home ...
www.thenowwatch.com/ - 8k - Cached - Similar pages - Note this

### **Watch Now** - Full length movies and TV shows for free from BitTorrent

Download thousands of movies and TV shows from BitTorrent.
www.bittorrent.com/watchnow - 46k - Cached - Similar pages - Note this

### The Time Is Nigh: **NOW Watch** is Always Right

Jul 16, 2007 ... Even a stopped clock is right twice a day but this **watch** is even more
accurate It's always right because.
gizmodo.com/gadgets/the-time-is-nigh/**now-watch**-is-always-right-278824.php -
Similar pages - Note this

### **Now**, **watch** me debate him. - By Christopher Hitchens - Slate Magazine

Sep 13, 2005 ... My old friend and frequent critic Geoffrey Wheatcroft once tried to define a
moment of perfect contentment and came up with the idea of ...
www.slate.com/id/2126121/ - 46k - Cached - Similar pages - Note this

 YouTube - **Now watch** this drive!
**Now watch** this drive! Hello, you either have JavaScript ...
16 sec - ★★☆☆☆
www.youtube.com/**watch**?v=Z3p9y_OEAdc

### washingtonpost.com: Before Golf, Bush Decries Latest Deaths In Mideast

**Now watch** this drive." The abrupt segue illustrates the dilemma Bush will face over the
next month as he relaxes and works at his ranch in Crawford, Tex., ...
www.washingtonpost.com/ac2/wp-dyn/A43789-2002Aug4?language=printer -
Similar pages - Note this

### **Watch** Anime **Now**! - **Watch** Anime Online

**Watch** Full Streaming Naruto, Bleach, Claymore, School Days Episodes Online.
watchanimenow.com/ - 49k - Cached - Similar pages - Note this

### Vongo - Choose **Now**. **Watch Now**.

All you can **watch** movie downloads with Vongo. Easy, convenient and legal full-length movie
downloads. Try it **now** with our free trial.
www.vongo.com/ - 3k - Cached - Similar pages - Note this

### Netflix Online Movie Rentals - Rent DVDs, Classic Films to DVD New ...

Jan 16, 2007 ... Once it is made available to them as part of the phased roll-out, members will
access instant movie watching by clicking on a "**Watch Now**" ...
www.netflix.com/MediaCenter?id=5384 - 21k - Cached - Similar pages - Note this

### **NOW Watch** - ThisNext

The **NOW Watch**, a ThisNext exclusive, is an innovative twist on that thing that we often
allow to rule our frenetic, on-the-go lives - the **watch**. ...
www.thisnext.com/item/02522C7E/NOW-Watch - 38k - Cached - Similar pages - Note this

Sponsored Links

**Watches Date**
Sharp, Sophisticated, Stylish.
Save on Watches Date!
Shopzilla.com/**Watches**

**Watch at Blue Nile**
Forbes Favorite Online Jeweler.
Free FedEx & 30-Day Returns.
www.bluenile.com

**Watches Online**
Authorized dealer for more than 30
brands of watches. Free Shipping.
www.eWatches.com

**Luxury Brand Name Watch**
Save up to 30 - 60% in Brand name
Free Second day on all Watches
www.dexclusive.com

**Watch Now**
Looking for **Watch Now**?
Find exactly what you want today.
Yahoo.com

**Huge Watch Selection**
Big Variety- 40-80% Off All Watches
Free Ship. Satisfaction Guaranteed.
www.soliscompany.com

Get top designer watches
Save 30% on great brands. aff
Buy brand name watches here.
www.WatchZone.com

More Sponsored Links »

now watch | Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google – Google Home – Advertising Programs – Business Solutions – About Google

Learn more