UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Civ. No. 08 CV 3466 (VM) (RLE)

E. GLUCK CORPORATION,

                 Plaintiff,

    v.

ADAM ROTHENHAUS,

Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08
```

## STIPULATION REGARDING SCHEDULING OF DEFENDANT'S RESPONSE TO AMENDED COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

Counsel for the parties having conferred have agreed to the below schedule for (A) Defendant's response to Plaintiff's Amended Complaint and; (B) briefing on the Plaintiff's motion for a preliminary injunction.

A. <u>Plaintiff's Amended Complaint</u>

Defendant's response to Plaintiff's Amended
Complaint shall be due on or before:         July 11, 2008

Should Defendant choose to respond to Plaintiff's
Amended Complaint with a Motion under Rule 12,
Plaintiff's opposition thereto shall be due on or before:   July 28, 2008

Defendant's reply to any opposition filed by
Plaintiff shall be due on or before:         August 12, 2008

B. <u>Plaintiff's Motion for a Preliminary Injunction</u>

Defendant's response to Plaintiff's motion for a
Preliminary Injunction shall be due on or before:   July 11, 2008

1

Plaintiff's reply shall be due on or before:      July 18, 2008

Respectfully submitted:

| FOR PLAINTIFF, E. GLUCK CORPORATION: | FOR DEFENDANT, ADAM ROTHENHAUS: |
|---|---|
| *(signature)* | *(signature)* Elizabeth Shieldkret |
| Richard S. Schurin, Esq. | Elizabeth Shieldkret, Esq. |
| Gottlieb, Rackman & Reisman, P.C. | Attorney at Law |
| 270 Madison Avenue | 85-86 67th Avenue |
| New York, N.Y. 10016 | Rego Park, N.Y. 11374 |
| (212) 684-3900 | (718) 997-0290 |
| Dated: June 24, 2008 | Dated: June 26, 2008 |

SO ORDERED:

7-1-08
DATE    VICTOR MARRERO, U.S.D.J.